UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MIDWEST PENSION FUND AND METAL PROCESSORS' UNION, LOCAL 16, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Case No. 10 CV 01287 |
| vs. | ) ) | Judge James B. Zagel |
| THE FINISHING COMPANY and J.W. CARLSON d/b/a THE FINISHING COMPANY, | ) ) ) ) ) | |
| Defendants. | ) | |

**AGREED MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiffs, Midwest Pension Fund and Metal Processors Union, Local 16, and Defendants The Finishing Company and J.W. Carlson d/b/a The Finishing Company, by their respective counsel, hereby move the Court for the entry of a consent judgment, and in support thereof, Plaintiffs and Defendants state as follows:

1. On October 26, 2010, Plaintiffs, Midwest Pension Fund and Metal Processors Union, Local 16 filed their First Amended Complaint against the Defendants, The Finishing Company and J.W. Carlson d/b/a The Finishing Company. In Count I of the Amended Complaint, the Midwest Pension Fund sought payment of delinquent contributions and other relief against all Defendants. In Count II of the Amended Complaint, Metal Processors Union, Local 16 sought payment of unpaid union dues and other relief against all Defendants. In Count III of the Amended Complaint, Metal Processors Union, Local 16 sought an order enforcing an arbitration award and payment of a holiday appreciation bonus to the employees it represents and other relief against all

1

Defendants.  In Count IV of the Amended Complaint, Metal Processors Union, Local 16 sought an order enforcing the collective bargaining agreement and payment of a wage increase to the employees it represents and other relief against the Defendant The Finishing Company.

     2.     The Court has subject matter jurisdiction over this action pursuant to §502 of the Employee Retirement Income Security Act, 29 U.S.C. §1132 and §301 of the Labor-Management Relations Act, 29 U.S.C. §301.

     3.     The Plaintiffs and Defendants have agreed to resolve this matter through the entry of a Consent Judgment, a copy of which is attached hereto an incorporated herein.

     WHEREFORE, the parties pray for the entry of the consent judgment order.

| For the Plaintiffs | For the Defendants |
|---|---|
| s/ John F. Ward | s/ Ronald J. Broida |
| John F. Ward | Ronald J. Broida |
| | |
| John F. Ward, Attorney At Law, Ltd. | Broida And Associates, Ltd. |
| 222 S. Riverside Plaza | Naperville Corporate Center |
| Suite 2900 | Suite 108 |
| Chicago, Illinois 60606 | 1250 E. Deihl Road |
| | Naperville, IL 60563 |

Dated:  August 15, 2011